| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>JASON C. SCHWARTZ (*pro hac vice*)<br>  jschwartz@gibsondunn.com<br>NAIMA L. FARRELL (*pro hac vice*)<br>  nfarrell@gibsondunn.com<br>1050 Connecticut Avenue, N.W.<br>Washington, D.C. 20036<br>Telephone:  202.955.8500<br>Facsimile:   202.467.0539<br><br>RACHEL S. BRASS, SBN 219301<br>  rbrass@gibsondunn.com<br>JOSEPH A. GORMAN, SBN 267553<br>  jgorman@gibsondunn.com<br>555 Mission Street, Suite 3000<br>San Francisco, CA  94105<br>Telephone: 415.393.8200<br>Facsimile:  415.393.8306<br><br>*Attorneys for Quantcast Corporation* | NICHOLS KASTER, LLP<br>MATTHEW C. HELLAND, SBN 250451<br>  helland@nka.com<br>DANIEL S. BROME, SBN 278915<br>  dbrome@nka.com<br>235 Montgomery Street, Suite 810<br>San Francisco, CA 94104<br>Telephone:  415.277.7235<br>Facsimile:   415.277.7238<br><br>KAPLAN LAW FIRM, PLLC<br>AUSTIN KAPLAN (*pro hac vice*)<br>  akaplan@kaplanlawatx.com<br>406 Sterzing Street<br>Austin, TX 78704<br>Telephone: 512.553.9390<br>Facsimile:  512.692.2788<br><br>*Attorneys for Plaintiffs* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAG BROWN, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>     v.<br><br>QUANTCAST CORP.,<br><br>                    Defendant. | CASE NO. 3:19-cv-05773-EMC<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Action Filed:    September 13, 2019<br><br>Hon. Edward M. Chen |

Pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure and Civil Local Rule 16-10, and in accordance with the Clerk's March 13, 2020 Clerk's Notice, Dkt. 48, Plaintiff Tag Brown and opt-in Plaintiffs Sam Awrabi, Tyler Berg, Pierce McManus, Andrea Primer, and Jalen Ransome ("Plaintiffs") and Defendant Quantcast Corporation ("Quantcast," and collectively, the "Parties"), hereby submit the following Joint Case Management Statement.

1. On December 11, 2019, this Court granted Quantcast's motion to compel arbitration and stayed the case. Order Granting Def.'s Mot. to Compel Arbitration and Staying Case, Dkt. 42.

2. Due to the stay in the case, the Court rescheduled the initial case management conference set for January 2, 2020 to March 19, 2020, and ordered the parties to submit a case management statement by March 12, 2020. Clerk's Notice, Dkt. 43.

3. The Parties submitted a case management statement on March 12, 2020, informing the Court that the Parties had been engaging in settlement negotiations. Joint Case Management Statement, Dkt. 47.

4. The Court then rescheduled the initial case management conference to May 21, 2020, and directed the Parties to submit an updated case management statement by May 14, 2020. Clerk's Notice, Dkt. 48.

5. Since the Court issued its Order, the Parties have continued to engage in settlement negotiations.

6. The Parties respectfully submit that due to the stay in the case, the Court need not address the subjects set forth in Rule 16(c) of the Federal Rules of Civil Procedure and the Standing Order for All Judges of the Northern District, at this time. Nor should the Court set a schedule for discovery, motions practice, or trial.

This report is filed by Rachel S. Brass. All other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: May 14, 2020

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Rachel S. Brass*
　　　Rachel S. Brass

GIBSON, DUNN & CRUTCHER LLP
JASON C. SCHWARTZ (*pro hac vice*)
　jschwartz@gibsondunn.com
NAIMA L. FARRELL (*pro hac vice*)
　nfarrell@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone:　202.955.8500
Facsimile:　202.467.0539

RACHEL S. BRASS, SBN 219301
　rbrass@gibsondunn.com
JOSEPH A. GORMAN, SBN 267553
　jgorman@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA  94105
Telephone:　415.393.8200
Facsimile:　415.393.8306

*Attorneys for Quantcast Corporation*

By:　*/s/ Matthew C. Helland*
　　　Matthew C. Helland

NICHOLS KASTER
MATTHEW C. HELLAND, SBN 250451
　helland@nka.com
DANIEL S. BROME, SBN 278915
　dbrome@nka.com
235 Montgomery Street, Suite 810
San Francisco, CA 94104
Telephone:　415.277.7239
Facsimile:　415.277.7238

KAPLAN LAW FIRM, PLLC
Austin Kaplan (*pro hac vice*)
　akaplan@kaplanlawatx.com
406 Sterzing St.
Austin, TX 78704
Telephone:  512.553.9390
Facsimile:  512.692.2788

*Attorneys for Plaintiffs*