UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TAG BROWN,

    Plaintiff,

v.

QUANTCAST CORP.,

    Defendant.

Case No. 19-cv-05773-EMC

**ORDER GRANTING JOINT MOTION FOR APPROVAL OF INDIVIDUAL SETTLEMENTS**

Docket No. 64

    This matter came before the Court on the Parties' Joint Motion for Approval of Individual Settlements. Having reviewed the Parties' submissions and good cause appearing therefore, the motion is hereby **GRANTED**.

    The Court finds that the individual settlements offer fair value to the Settling Plaintiffs, and reflect a reasonable compromise of bona fide disputes. The Agreements therefore satisfy the standard for approval of FLSA settlements. The Court also approves the requested attorneys' fees and costs as set out in the Settlement Agreements and in the Parties' Motion.

    Accordingly, the Motion is **GRANTED** in full.

    The Court notes that, in his complaint, Plaintiff asserted not only a FLSA claim but also a claim for violation of California Business & Professions Code § 17200. Plaintiff brought the § 17200 claim on his own behalf and on behalf of a class of similarly situated persons. With the settlements, Plaintiff's *individual* § 17200 claim has been settled, and Plaintiff is dismissing without prejudice the § 17200 *class* claim. Plaintiff is ordered to give notice of the dismissal, without prejudice, of the § 17200 class claim to (1) any former or current employee to whom Plaintiff's counsel sent a letter about the lawsuit, *see* Brome Decl. ¶ 3, and (2) any former or

1 current employee with whom Plaintiff's counsel communicated about the lawsuit. In the notice,
2 Plaintiff shall also inform the employees that the statute of limitations continues to run on the
3 § 17200 claim should they wish to pursue such a claim on their own. Finally, Plaintiff shall attach
4 to the notice a copy of this order.

5 Plaintiff shall provide notice within a week of the date of this order. Within a week of the
6 date of this order, Plaintiff shall also file a declaration, certifying that notice has been provided as
7 ordered by the Court.

8 This order disposes of Docket No. 64.

10 **IT IS SO ORDERED**.

12 Dated: June 2, 2021

_____
EDWARD M. CHEN
United States District Judge